No. 423.  INTERSTATE EQUIPMENT CORP. *v.* HARTFORD ACCIDENT & INDEMNITY CO., TO THE USE OF SILVA ET AL.

C. A. 3d Cir. Certiorari denied. *Charles Danzig* for petitioner. *Harry V. Osborne, Jr.* for respondent.

